## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-mj-436 |
| | ) | |
| SEAN MICHAEL MCHUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR STAY OF TRANSPORTATION ORDER

Defendant Sean McHugh, by and through counsel, and with the consent of the government, respectfully moves the Court to order the United States Marshal Service not transport the defendant to Washington, D.C. until the resolution of his bond review.  In support of this motion, the defendant provides the following facts:

1. On May 24, 2021, Mr. McHugh was charged by complaint for alleged violations of 18 U.S.C. §1752(a)(1), (a)(2), and (a)(4), 40 U.S.C. §§ 5104 (e)(2)(D), and (e)(2)(F), 18 U.S.C. § 231(a)(3), 18 U.S.C. §111(a)(1) and (b), and 18 U.S.C. § 1512(c)(2).

2. On May 27, 2021, Mr. McHugh was arrested in Auburn, CA and appeared in the Eastern District of California on May 28, 2021 for a removal hearing.  Mr. McHugh requested a detention hearing and the court scheduled one for June 1, 2021.

3. On June 1, 2021, Mr. McHugh was ordered detained pending trial after a detention hearing and ordered to be committed to the District of Columbia.

4. Mr. McHugh plans to request that the Court review the detention decision of the Honorable United States Magistrate Judge Kendall J. Newman.

5. In light of the impending motion for a bond review, Mr. McHugh respectfully

requests that the Court issue an Order staying the transportation order entered on

June 1, 2021.

6.  Mr. McHugh remaining in Sacramento pending his bond review before this Court

would save enormous time and resources in the event that he is ultimately ordered to

be released.

Based on the above circumstances, Mr. McHugh respectfully requests that the Court

grant the attached proposed order staying the transportation order entered on June 1, 2021.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No: 1031486
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org