UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-mj-436 |
| | ) | |
| SEAN MICHAEL MCHUGH, | ) | |
| | ) | |
| Defendant. | ) | |

**Joint Proposed Briefing Schedule for Motion to Review Magistrate Judge's Detention Order**

Defendant Sean McHugh, by and through counsel, and with the consent of the government, respectfully proposes the Court to order the following briefing schedule in anticipation of defendant's motion to review the magistrate judge's detention decision:

Defense Opening Brief due on June 11, 2021

Government Response due on June 18, 2021

Defense Reply due on June 22, 2021

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No: 1031486
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Maria_Jacob@fd.org