

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 24, 2021

Re:   Notice of Supplemental Authority

To the Court:

    This letter seeks to inform the Court and defense counsel of a case that has come to the attention of counsel after the filing of the Government's Response in Opposition to Defendant's Motion to Review Magistrate Judge's Detention Decision, ECF Docket No. 16 filed June 17, 2021.

    Counsel was informed that today, June 24, 2021, the D.C. Court of Appeals in an unpublished opinion (*U.S. v. Quaglin*, USCA Case No. 21-3028, Document No. 1903708) affirmed this Court's pretrial detention order entered on April 16, 2021. The D.C. Circuit Court found, *inter alia*, that the district court did not err in finding no condition or combination of conditions of release would reasonably assure the safety of any person and the community. In affirming this Court's decision, the Circuit Court cited to *Munchel*'s categorical language and noted that video evidence showed Mr. Quaglin engaged in "violence in furtherance of his political beliefs" when he "discharged MK-9 OC spray at police officers, including directly into the unprotected face of one officer."

    Thank you for the Court's attention in this matter.

    Sincerely,

    CHANNING D. PHILLIPS
    Acting United States Attorney

    */s/ Jacob J. Strain*
    JACOB J. STRAIN
    Assistant United States Attorney